No. 86–511. COMMISSIONER OF INTERNAL REVENUE *v.* FINK ET UX. C. A. 6th Cir. [Certiorari granted, *ante,* p. 960.] Motion of the Solicitor General to dispense with printing the joint appendix granted.

No. 86–572. KENTUCKY *v.* STINCER. Sup. Ct. Ky. [Certiorari granted, *ante,* p. 1005.] Motion for appointment of counsel granted, and it is ordered that Mark A. Posnansky, Esquire, of Frankfort, Ky., be appointed to serve as counsel for respondent in this case.

No. 86–953. ABELL *v.* UNITED STATES. Ct. Mil. App. Motion of petitioner to expedite consideration of petition for writ of certiorari and to consolidate with No. 85–1581, *Solorio* v. *United States* [certiorari granted, 476 U. S. 1181], denied.

No. 86–5765. WRENN *v.* McFADDEN ET AL. C. A. 4th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until February 2, 1987, within which to pay the docketing fee required by Rule 45(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), we would deny the petition for writ of certiorari without reaching the merits of the motion to proceed *in forma pauperis.*

No. 86–5905. IN RE TAYLOR. Petition for writ of habeas corpus denied.

No. 86–907. IN RE ZUGER;
No. 86–5738. IN RE CALPIN;
No. 86–5754. IN RE McELROY;
No. 86–5785. IN RE McQUEEN;
No. 86–5799. IN RE JOHL;
No. 86–5831. IN RE BLUITT; and
No. 86–5850. IN RE FLEMING. Petitions for writs of mandamus denied.

No. 86–804. IN RE ROWAN COS., INC. Petition for writ of mandamus and/or other relief denied.

No. 86–489. LANGLEY ET UX. *v.* FEDERAL DEPOSIT INSURANCE CORPORATION. C. A. 5th Cir. Certiorari granted. ■